619 A.2d 1060

**John M. ELLIOTT, Appellant,**

**v.**

**CONTINENTAL BANK, Chemical Bank and Leahy Realty, Inc.**

Supreme Court of Pennsylvania.

Argued Jan. 28, 1993.

Decided Feb. 17, 1993.

Brian S. North, Mark A. Kearney, Blue Bell, for John M. Elliott.

Leonard Dubin, Philadelphia, for Chemical Bank.

Walter Weir, Jr., Philadelphia, for Continental Bank.

---

Before LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., did not participate in the consideration or decision of this case.

LARSEN, FLAHERTY and CAPPY, JJ., did not participate in the decision of this case.

ZAPPALA, J., dissents and would reach the merits of the case.